AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

United States of America
v.

Santos Segundo-Gerardo

Case No: CR11-159RAJ

USM No: 29089-001

Date of Original Judgment: 08/24/12
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Dennis Carroll
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 78 months **is reduced to** 70 months, as to both counts.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/24/2012 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9/21/15

Judge's signature

Effective Date: 11/01/2015
*(if different from order date)*

The Honorable Richard A. Jones, U.S. District Judge
*Printed name and title*